443 A.2d 387

Heatley v. Heatley, Appellant.

Argued March 30, 1981. Joseph L. Rosenfeld, for appellant; Wallace H. Webster, Jr., for appellee.

Before CERCONE, P. J., HESTER and JOHNSON, JJ.

Order affirmed.

443 A.2d 388

In the Estate of: Carrie E. Baum, Dec'd.

Appeal of: Charles F. Rose, The Exceptant.

Petition for Allowance of Appeal Denied June 16, 1982.

Argued November 6, 1981. Dennis L. Plank, for appellant; Harris C. Arnold, for appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Order affirmed on the basis of lower court opinion.